**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MICHAEL ESTRADA,

Plaintiff,

v.

VERIZON WIRELESS SERVICES, LLC,

Defendant.

CIVIL ACTION NO.
1:24-cv-04059-WMR

**ORDER**

The Clerk of Court is directed to terminate this action and close the case.

This    11th    day of March, 2026.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE